AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Aaron Jason Burkholder | ) | Case No. 4:22MJ3194 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 28, 2022** in the county of **Buffalo** in the _____ District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751 | Escape from custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*signature*

TANNER HIPPEN, DEPUTY U.S. MARSHAL
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Sworn to before me by reliable electronic means:

Date: June 30, 2022.

District of Nebraska

*signature*
Cheryl R. Zwart, U.S. Magistrate Judge

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR THE ARREST OF AARON BURKHOLDER

I, Tanner Hippen, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a Criminal Complaint authorizing the arrest of Aaron Burkholder (DOB 08/01/76 SSN 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, FBI No. 218127WA5, USM No. 17447-047).

2. I am a Deputy United States Marshal with the United States Department of Justice, United States Marshals Service, and have been so employed since December 1, 2010. In this capacity, I routinely investigate, locate, and apprehend state/local/federal fugitives within the Lincoln, Nebraska, metro area.

3. As a result of my training and experience, I am familiar with the process in which a defendant shall remain in a designated Federal Bureau of Prisons (BOP) facility.

4. I have investigated this matter and believe the following to be true and accurate.

5. This affidavit is intended to show there is sufficient probable cause for the issuance of an Arrest Warrant for Aaron Burkholder. I do not include each and every fact known to me, but only those which I believe are sufficient to show probable cause.

## PROBABLE CAUSE

6. Aaron Burkholder was sentenced to serve 130 months with a 5-year term of supervision release to follow for Possess with Intent to Distribute 50 Grams or More of Methamphetamine Actual.

7. Burkholder arrived at the Dismas Charities, Inc Residential Reentry Center (RRC), located in Kearney, NE on December 2, 2021, from USP Marion. Burkholder was scheduled to be released on November 10th, 2022, via 3621E Release.

8. On or about the day of June 28, 2022, Aaron Burkholder knowingly escaped from custody by cutting off his GPS ankle monitor.

9. On 06/28/2022, Burkholder was ordered to return to the RRC from Home Detention due to unspecified rule violations. Burkholder agreed and stated he was enroute to return at 1:15 pm local time. At 4:17 pm local time, the RRC received an alert from the GPS monitoring system assigned by the GPS unit to Burkholder showing it had been cut off. The RRC staff immediately attempted to call Burkholder, but his phone was turned off. Attempts by BOP staff to locate Burkholder were unsuccessful, and his whereabouts are currently unknown.

Burkholder was placed on escape status at 4:30 pm. At 5:10 pm local time the US Marshals were notified via phone and emailed by the BOP Duty Officer M. Call.

10. Based on the information set forth, the United States Marshals Service respectfully requests an Arrest Warrant be issued for Aaron Burkholder.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 29th day of June 2022.

_____
Tanner Hippen
Deputy US Marshal
United States Marshals Service

Sworn to before me by reliable electronic means:

Dated: June 30, 2022.

_____
United States Magistrate Judge